NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KELLY FALSETTI TORRES,              )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-2659
                                    )
ALEXANDER TORRES,                   )
                                    )
        Appellee.                   )
_____)

Opinion filed May 10, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Highlands County;
Angela J. Cowden, Judge.

Marina R. Taylor, Tampa, for Appellant.

Victor R. Smith and Jeffrey I. Burry of Victor
Smith Law Group, P.A., Winter Haven, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.